# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 5,928.—STATE EX REL. FRANK GARDNER, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition directed to the District Court of Custer County and S. D. McKinnon, a Judge thereof, to restrain respondents from permitting the use of certain evidence acquired by means of a federal search-warrant upon the trial of an action against relator for unlawfully possessing intoxicating liquor.

Decided April 6, 1926.

PER CURIAM.—Relator's application for a writ of prohibition is denied. Mr. Justice Galen dissenting.

*Mr. C. A. Spaulding, Mr. George W. Farr* and *Mr. Frank Hunter,* for Relator.